**CHEE MARKHAM & FELDMAN**
Attorneys At Law

**GREGORY K. MARKHAM   3453-0**
gmarkham@cheemarkham.com
**KEITH K. KATO**                5320-0
kkato@cheemarkham.com
**BRANDON Y. MORIKI**            10507-0
Bmoriki@cheemarkham.com
2700 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 523-0111
Facsimile:  (808)523-0115

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHERYL BEECH,<br><br>             Plaintiff,<br><br>      vs.<br><br>USAA CASUALTY INSURANCE COMPANY, JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>             Defendants. | Civil No. _____<br>(Motor Vehicle Tort)<br><br>DEFENDANT USAA CASUALTY INSURANCE COMPANY'S NOTICE OF REMOVAL; DECLARATION OF COUNSEL; EXHIBIT "1"; CERTIFICATE OF SERVICE<br><br><br><br><br><br>Trial Date:  None |

## DEFENDANT USAA CASUALTY INSURANCE COMPANY'S NOTICE OF REMOVAL

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant USAA CASUALTY INSURANCE COMPANY ("USAA") hereby removes this action from the Circuit Court of the Second Circuit, State of Hawaii, Civil No. 17-1-0145 (1) (the "State Case") to the United States District Court for the District of Hawaii.  Defendant states the following in support of its Notice of Removal:

1. Plaintiff CHERYL BEECH ("Plaintiff") initiated the State Case against USAA on April 13, 2017.  (See, Exhibit "1" attached hereto.)

2. Plaintiff is a resident of the State of California and was visiting Maui at the time of the incident complained of in the Complaint.

3. USAA filed its Answer to Complaint on May 15, 2017;

4. Although fictitious "Doe" defendants are listed in the State Action, no other defendants have been properly named in or served with the Summons.

5. This Notice of Removal is filed pursuant to 28 U.S.C. §1446.

6. Defendant has the right to remove Civil No. 17-1-0145(1) to this Court pursuant to 28 U.S.C . §1332, diversity of citizenship, and because, on

information and belief, the amount in controversy exceeds $75,000, exclusive of costs and interest.

7.   Promptly after filing this Notice of Removal, USAA will give written notice to Plaintiff and file a copy of the Notice of Removal with the Clerk of the Circuit Court of the Second Circuit, State of Hawaii.

WHEREFORE, Defendant USAA CASUALTY INSURANCE COMPANY removes tis action from the Circuit Court of the Second Circuit, State of Hawaii, to the United States District Court for the District of Hawaii.

DATED:  Honolulu, Hawaii,  <u>     May 23, 2017     </u>.

        <u>  /s/ GREGORY K. MARKHAM  </u>
GREGORY K. MARKHAM
KEITH K. KATO
BRANDON Y. MORIKI
Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY