DENNIS W. POTTS      1121-0
Davies Pacific Center
841 Bishop Street, Suite 1628
Honolulu, HI 96813
Telephone: (808) 537-4575
Fax No. (808) 537-4576
Email: denniswalkerpotts@gmail.com

Attorney for Plaintiff
CHERYL BEECH

'FILED

:2017 APR 13  PM 1: 42

K. MAEDA. CLERK
SECOND CIRCUIT COURT
STATE OF HAWAII

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| CHERYL BEECH, | ) CIVIL NO.  17 - 1 - 0 1 4 5 (1) |
| | ) (Declaratory Relief Action) |
| Plaintiff, | ) |
| | ) COMPLAINT; EXHIBIT "A"; SUMMONS |
| vs. | ) |
| | ) |
| USAA CASUALTY INSURANCE | ) |
| COMPANY, JOHN DOES 1-10; JANE | ) |
| DOES 1-10; DOE CORPORATIONS 1-10; | ) |
| DOE PARTNERSHIPS 1-10; DOE | ) |
| GOVERNMENTAL AGENCIES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

COMPLAINT

COMES NOW the Plaintiff above-named, by and through her attorney, Dennis W.

Potts, and complaining of the Defendants above-named, hereby alleges and avers as follows:

1.      At all times material herein Plaintiff has been and is a resident of the State

of California.

I hereby certify that this is a full, true and
correct copy of the Original.

Clerk, Second Circuit Court

EXHIBIT "1"

0901119c9a5cc992                    USAA Confidential

2.      At all times material herein Defendant USAA Casualty Insurance Company

("USAA") is and was a corporation organized and existing under the laws of the State of Texas

and engaged in the business of selling automobile insurance policies and providing automobile

insurance to residents of the State of California and the State of Hawai'i.

3.      The true names, identities or capacities, whether individual, corporate,

associate, partnership, representative, or otherwise of Defendants John Does 1-10, Jane Does 1-10,

Doe Partnerships 1-10, Doe Corporations 1-10 and Doe Governmental Agencies 1-10, and their

involvement herein are unknown to Plaintiff who therefore sues said Defendants by such fictitious

names, and Plaintiff will seek leave of Court to amend her pleadings to set forth the true names

and capacities of such fictitiously named Defendants when the same become known to

her.  Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated

herein by a fictitious name acted in some manner negligently, intentionally, wantonly, wilfully,

recklessly, maliciously and with conscious disregard of the consequences of their acts and is in

some manner responsible and/or strictly liable to the Plaintiff for the acts, conduct, omissions and

failures as hereinafter alleged concerning the events and happenings herein referred to, and that

said acts, conduct, omissions and failures, whether negligent, intentional, wanton, wilful, reckless,

malicious, or with conscious disregard of the consequences of their acts, directly and proximately

caused injury and damage to Plaintiff as herein alleged and otherwise.

Plaintiff has made a diligent and good-faith effort to ascertain the full name,

identity, and interest in this action of Defendants John Does 1-10, Jane Does 1-10, Doe

Partnerships 1-10, Doe Corporations 1-10 and Doe Governmental Agencies 1-10 including, but not

limited to, investigative efforts to locate witnesses and other persons who may have

0901119c9a5cc992                    USAA Confidential

knowledge of, or contributed to causing this accident, and to identify their roles with respect to same.

4.     On or around December 27, 2011, USAA issued Plaintiff and her husband, John Beech, an automobile policy, identified as policy number 00485 38 06C 710 1 0 (hereinafter "subject policy") which was in effect from December 27, 2011, to June 27, 2012.

5.     On March 3, 2012, within the aforesaid policy period, the Plaintiff was on vacation on the Island of Maui in the State of Hawai'i when she was involved in a two car motor vehicle accident which resulted in her sustaining severe and permanent physical and emotional injuries.

6.     At the time of said accident Plaintiff was a front seat passenger in a rental vehicle being driven by her husband which was turning left off of Honoapiilani Highway into the Lahaina Cannery shopping mall on a green left turn arrow when it was struck on the passenger side by a vehicle being operated in the opposite direction by a lady named Monica Childers ("Childers").

7.     Childers was clearly negligent inasmuch as her vehicle attempted to make a right turn off of Honoapiilani Highway into Lahaina Cannery shopping mall on a red light when the car being driven by Plaintiff's husband had the legal right of way.

8.     The Childers vehicle had liability insurance policy limits in the amount of $250,000.00, the limits of which were paid to Plaintiff for her physical injuries as aforesaid.

9.     As the result of the injuries sustained by Plaintiff in the subject accident, her special and general damages well exceed the insurance monies that she has received for her injuries from the Childers insurance policy.

3

USAA Confidential

10.     Plaintiff had four vehicles covered by the automobile insurance policy issued by USAA as aforesaid which included uninsured/underinsured motorist coverage in the amount of $30,000.00 per person with a limit of $50,000.00 per occurrence.   See the Automobile Policy Declaration Sheet for the subject policy which is attached hereto as Exhibit "A" and incorporated herein by reference.

11.     Under California law and the subject policy, Plaintiff is not allowed to stack the uninsured/underinsured coverage for the four vehicles covered thereby for the damages which she sustained in the subject accident.

12.     Under Hawaii law Plaintiff is allowed to stack the uninsured/underinsured coverage for each of her four vehicles for the damages which she sustained in the subject accident, thus providing her with up to $120,000.00 in such coverage.

13.     Under the subject policy and California law, there is a policy limits set off against the coverage under the Childers insurance policy which would relieve USAA of having to pay any amount in underinsured motorist benefits to Plaintiff because the Childers insurance coverage exceeds that provided by Plaintiff's USAA policy for uninsured/underinsured motorist benefits.

14.     Hawai'i law does not allow the policy limits set off as described in paragraph 13 above.

15.     Plaintiff has received $250,000.00 from the liability insurance coverage for the Childers vehicle which USAA is allowed to set off against the total of Plaintiff's special and general damages which well exceed that amount under Hawai'i law.

16.     Given the nature and extent of the Plaintiff's injuries in the subject accident,

4

USAA Confidential

she is entitled to underinsured motorist benefits in the amount of $30,000.00 per vehicle covered under her USAA policy for total benefits of $120,000.00.

17.     There has been no determination by a court of law as to the amount of money due to Plaintiff for the underinsured motorist benefits under the subject policy, and an actual controversy exists as to whether Plaintiff is entitled to such benefits.

18.     By virtue of the fact that the aforesaid motor vehicle accident took place on Maui, within the State of Hawai'i, Hawaii law should apply to allow Plaintiff to stack her uninsured/underinsured motorist coverage benefits under the subject policy and to preclude the application of the policy limits set off described in paragraph 13, all of which would allow her to recover $120,000.00 in underinsured benefits in addition to the insurance monies that she has received to date from Childers's insurance carrier.

WHEREFORE Plaintiff prays for judgment against the Defendants, jointly and severally, as follows:

1.     That this Court determine that the subject policy provides uninsured/underinsured motorist coverage for Plaintiff for damages that she sustained in the subject motor vehicle accident and further that Hawaii law should apply to said accident, that Plaintiff be allowed to stack such benefits, and that the policy limits offset allowed under California law not apply to this case.

2.     That Plaintiff is entitled to $120,000.00 in underinsured motorist benefits under the subject policy.

3.     That Plaintiff be awarded her attorney's fees and taxable costs herein pursuant to H.R.S. § 431:10-242 and otherwise as permitted by law as well as such other, further

5

USAA Confidential

relief as this Court deems just and proper in the premises.

DATED: Honolulu, Hawai'i, _____ 4/6/17 _____ .

_____

**DENNIS W. POTTS**
Attorney for Plaintiff

6

0901119c9a5cc992                    USAA Confidential

Exhibit "A"

USAA Confidential

**USAA CASUALTY INSURANCE COMPANY**

(A Stock Insurance Company)
9800 Fredericksburg Road - San Antonio, Texas 78288

CALIFORNIA AUTO POLICY
RENEWAL DECLARATIONS
(ATTACH TO PREVIOUS POLICY)

ADDL INFO    NEXT PAGE   MAIL MCH-M-I
RENEWAL OF

| State 02,03,05,06 | Veh | POLICY NUMBER |
|---|---|---|
| CA 610610610610 XXX | 00485 38 06C 7101 0 |

POLICY PERIOD:        (12:01 A.M. standard time)
**EFFECTIVE DEC 27 2011 TO JUN 27 2012**

OPERATORS
01 CHERYL LEE BEECH
03 JOHN P BEECH
04 JOHN P BEECH III
05 AMANDA LEE BEECH
06 ALEXANDRIA ELIZABETH BEECH

**Named Insured and Address**

CHERYL LEE BEECH
2707 S GRATTON RD
DENAIR CA 95316-9782

## Description of Vehicle(s)

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | SYM | VEH USE* | Miles One Way | Days Per Week |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 02 | FORD | F150 CREW | PKP4X24D | 10000 | 1FTRW07642KB49034 | | P | | |
| 03 | 00 | FORD | EXCRSN LTD | UTL4X24D | 2000 | 1FMNU42S4YEC34183 | | P | | |
| 05 | 08 | HONDA | ACCORD EX | SEDAN 4D | 12000 | JHMCP26868C010638 | | P | | |
| 06 | 07 | CHRYSLER | PT CRSR CON | CONV 2D | 10000 | 3C3JY45X27T594652 | | P | | |

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated. * WO=Work/School; B=Business; F=Farm; P=Pleasure

VEH 02   DENAIR CA 95316-9782      VEH 05   DENAIR CA 95316-9782
VEH 03   DENAIR CA 95316-9782      VEH 06   DENAIR CA 95316-9782

This policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.

| COVERAGES ("ACV" MEANS ACTUAL CASH VALUE) | LIMITS OF LIABILITY | | VEH 02 D=DED AMOUNT | VEH 02 6-MONTH PREMIUM $ | VEH 03 D=DED AMOUNT | VEH 03 6-MONTH PREMIUM $ | VEH 05 D=DED AMOUNT | VEH 05 6-MONTH PREMIUM $ | VEH 06 D=DED AMOUNT | VEH 06 6-MONTH PREMIUM $ |
|---|---|---|---|---|---|---|---|---|---|---|
| PART A - LIABILITY | | | | | | | | | | |
| BODILY INJURY | EA PER $ | 100,000 | | | | | | | | |
| | EA ACC $ | 300,000 | | 164.62 | | 139.28 | | 130.37 | | 105.77 |
| PROPERTY DAMAGE | EA ACC $ | 50,000 | | 121.17 | | 104.26 | | 86.39 | | 72.96 |
| PART B - MEDICAL PAYMENTS | | | | | | | | | | |
| | EA PER $ | 5,000 | | 11.93 | | 8.82 | | 9.28 | | 8.81 |
| PART C - UNINSURED MOTORISTS | | | | | | | | | | |
| BODILY INJURY | EA PER $ | 30,000 | | | | | | | | |
| | EA ACC $ | 60,000 | | 30.99 | | 21.12 | | 29.48 | | 25.86 |
| PROPERTY DAMAGE | EA ACC $ | 3,500 | | 10.80 | | 7.36 | | | | |
| WAIVER OF COLL DEDUCTIBLE | | | | | | | | 8.56 | | 7.51 |
| PART D - PHYSICAL DAMAGE COVERAGE | | | | | | | | | | |
| COMPREHENSIVE LOSS | ACV LESS | | | | | | D1000 | 21.90 | D1000 | 19.90 |
| COLLISION LOSS | ACV LESS | | | | | | D1000 | 115.25 | D1000 | 82.89 |
| LEARNERS PERMIT OP 06 | | | | | | | | | | |
| VEHICLE TOTAL PREMIUM | | | | 339.51 | | 280.84 | | 401.23 | | 323.70 |

TOTAL PREMIUM - SEE FOLLOWING PAGE(S)

LOSS PAYEE
VEH 05  USAA FEDERAL SAVINGS BANK, SAN ANTONIO  TX

ENDORSEMENTS: ADDED 12-27-11 -  A099(01)
REMAIN IN EFFECT(REFER TO PREVIOUS POLICY)-  A400CA(03)  A100CA(05)  AOASA(01)
  5100CA(01)
INFORMATION FORMS:  NIPFCA(03)  CADS(03)  13580(03)  94629(01)

| 02 RSF03000N | | 03 RSM03000N | | 05 RMF31000N | | 06 RMM31000N | |

In WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas,
on this date   NOVEMBER 22, 2011

*Steven Alan Bennett, Secretary*          *Stuart Parker, President*

5000 C 07-11
53383-07-11

0901119c9a5cc992

USAA Confidential

**USAA CASUALTY INSURANCE COMPANY**

(A Stock Insurance Company)
9800 Fredericksburg Road - San Antonio, Texas 78288

CALIFORNIA AUTO POLICY
RENEWAL DECLARATIONS
(ATTACH TO PREVIOUS POLICY)

| State | Veh | POLICY NUMBER |
|---|---|---|
| CA | X06 | 00485 38 06C 7101 0 |

POLICY PERIOD:     (12:01 A.M. standard time)
EFFECTIVE DEC 27 2011 TO JUN 27 2012

**Named Insured and Address**

CHERYL LEE BEECH
2707 S GRATTON RD
DENAIR CA 95316-9782

**Description of Vehicle(s)**

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | VEH USE SYM | WORK/SCHOOL Miles One Way / Days Per Week |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated. W/C=Work/School; B=Business; F=Farm; P=Pleasure

This policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.

| COVERAGES ("ACV" MEANS ACTUAL CASH VALUE) | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

6 MONTH PREMIUM $ 1345.28

THE FOLLOWING COVERAGE(S) DEFINED IN THIS POLICY ARE NOT PROVIDED FOR:
  VEH 02 - EXTENDED BENEFITS COVERAGE, COMPREHENSIVE, COLLISION,
           RENTAL REIMBURSEMENT, TOWING AND LABOR
  VEH 03 - EXTENDED BENEFITS COVERAGE, COMPREHENSIVE, COLLISION,
           RENTAL REIMBURSEMENT, TOWING AND LABOR
  VEH 05 - EXTENDED BENEFITS COVERAGE, RENTAL REIMBURSEMENT, TOWING AND LABOR
  VEH 06 - EXTENDED BENEFITS COVERAGE, RENTAL REIMBURSEMENT, TOWING AND LABOR

In WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas,
on this date     NOVEMBER 22, 2011

Steven Alan Bennett, Secretary

Stuart Parker, President

5000 C 07-11
53383-07-11

USAA Confidential

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| CHERYL BEECH, | ) CIVIL NO. _____ |
| | ) (Declaratory Relief Action) |
| Plaintiff, | ) |
| | ) SUMMONS |
| vs. | ) |
| | ) |
| USAA CASUALTY INSURANCE | ) |
| COMPANY; JOHN DOES 1-10; JANE | ) |
| DOES 1-10; DOE CORPORATIONS 1-10; | ) |
| DOE PARTNERSHIPS 1-10; DOE | ) |
| GOVERNMENTAL AGENCIES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

SUMMONS

STATE OF HAWAII

TO THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney, DENNIS W. POTTS, whose address is 841 Bishop Street, Suite 1628, Honolulu, Hawai'i, 96813, an answer to the Complaint which is herewith served upon you, within (twenty) 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in Complaint.

0901119c9a5cc992                    USAA Confidential

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

APR 1 3 2017

DATED: Wailuku, Hawaii, _____.

/sgd/ K. MAEDA (seal)

CLERK OF THE ABOVE-ENTITLED COURT

2

0901119c9a5cc992

USAA Confidential