DENNIS W. POTTS   #1121-0
Attorney at Law
841 Bishop Street, Suite 1628
Honolulu, Hawaii 96813
Telephone No. (808) 537-4575
Fax No. (808) 537-4576
Email: dennis@denniswpottslaw.com

Attorney for Plaintiff
CHERYL BEECH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| CHERYL BEECH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>USAA CASUALTY INSURANCE COMPANY, et al.<br><br>　　　　　Defendants. | CIVIL NO. 1:17-cv-00233-LEK-KSC<br>(Motor vehicle tort)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Plaintiff Cheryl Beech and Defendant USAA Casualty Insurance Company, who are all of the parties in the above-entitled action, have reached a mutually

1

agreed settlement of this entire action. Pursuant to FRCP Rule 41(a)(1)(A)(ii), Plaintiff hereby dismisses the entire action, including all claims, demands, and causes of action, with prejudice. Each party is to pay its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dennis W. Potts, AAL, ALC

By:   /s/ DENNIS W. POTTS                              Dated: 7/5/17

Attorney for Plaintiff, CHERYL BEECH

Cesari, Werner and Moriarty

By:   /s/ DENNIS F. MORIARTY                           Dated: 6/21/17

Attorneys for Defendant,
USAA Casualty Insurance Company

APPROVED AND SO ORDERED.



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served by electronic means, via e-mail as indicated below:

GREGORY K. MARKHAM , ESQ.
KEITH K. KATO, ESQ.
BRANDON Y. MORIKI, ESQ.
Chee, Markham & Feldman
1001 Bishop Street, Suite 2700
Honolulu, Hawaii 96813
Email:  gmarkham@cheemarkham.com
        kkato@cheemarkham.com
        Bmoriki@cheemarkham.com

DENNIS F. MORIARTY, ESQ.
IAN FRASER-THOMSON, ESQ.
SEAN P. MORIARTY, ESQ.
Cesari, Werner and Moriarty
75 Southgate Avenue
Daly City, CA 94015
Email: dmoriarty@cwmlaw.com
       ift@cwmlaw.com
       smoriarty@cwmlaw.com

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

Dated:   Honolulu, Hawaiʻi,    July 5, 2017

                    /s/   DENNIS W. POTTS
                    DENNIS W. POTTS
                    Attorney for Plaintiff Cheryl Beech